1  David M. Hogue #166009
   Michael G. Karby # 179786
2  D.M. HOGUE & ASSOCIATES, INC.
   499 North "L" Street
3  Dinuba, CA 93618
   Telephone: (559) 591-3090
4  Fax:(559) 591-3614

5  Attorney for: MARTIN A. CORTINAS

**FILED**

MAY 1 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  ) No. 1:06-cr-00075-AWI
                          )
     Plaintiff(s),        )
                          )
     vs.                   ) SUBSTITUTION OF ATTORNEY
                          )
                          )
                          )
MARTIN CORTINAS           )
                          )
     Defendant(s).        )

I, MARTIN ANGEL CORTINAS, substitute in MICHAEL G. KARBY as my Attorney of Record in the above referenced action.

Date: 5-3-06

_____
MARTIN ANGEL CORTINAS

Date: 5-9-06

_____
HARRY M. DRANDELL

I accept the above Substitution.

Date: 5-04-06

_____
MICHAEL G. KARBY

United States of America v. Cortinas/ U.S. Case No.
SUBSTITUTION OF ATTORNEY
Page 1

It is so Ordered. Dated: 5-16-06

_____
United States District Judge